STAVELY, Respondent, v. KUNKEL, Appellant.

1. An appeal to the supreme court must be made, under the revised code of 1855, during the term at which the judgment or decision appealed from is given; it can not be made before the clerk in vacation. (R. C. 1855, p. 1287, sec. 11.)

*Appeal from Hannibal Court of Common Pleas.*

*Allen*, for respondent.

SCOTT, Judge, delivered the opinion of the court.

The revised statutes of 1855 require an appeal to be made during the term at which the judgment or decision appealed from was given. This provision is to be found in the 11th section of the 13th article of the act to regulate practice in courts of justice. This appeal having been made before the clerk in vacation must therefore be dismissed.

Appeal dismissed. The other judges concur.